**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUSARDI CONSTRUCTION COMPANY, a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 3:12-CV-05570-CRB<br><br>**ORDER RE: DISMISSAL OF ACTION** |

Pursuant to the notice of Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and good cause existing therefore,

**IT IS HEREBY ORDERED** that the entire action be dismissed without prejudice.

Dated: February 4, 2013

_____
Hon. Charles R. Breyer
Judge of the

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

CASE NO.: 3:12-CV-05570-CRB
[PROPOSED] ORDER